■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY KIRKWOOD, Appellant. [881 NYS2d 350]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered February 1, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE JACKSON, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered October 10, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey and Pine, JJ.